# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| ANTHONY TRISTANI, RADFORD § | |
| TARRY, AND MARK MARSHALL § | |
| § | |
| V. § | CASE NO.: 6:19-CV-00585-JDK |
| § | |
| OPTIONSELLERS.COM, INC. AND § | |
| JAMES CORDIER § | |

## MEDIATOR'S REPORT

Pursuant to the Court's order mediation was conducted on June 17, 2021. All appropriate parties appeared and participated. No settlement was reached, and I suspended the mediation session. I will, however, follow up with the parties, and continue to work with them in an effort to see if the case can be resolved prior to trial.

*/s/ William Cornelius*
WILLIAM CORNELIUS, MEDIATOR

## CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with Local Rule CV-5(a) upon all known counsel of record via the Court's CM/ECF system, on June 23, 2021.

*/s/ William Cornelius*
WILLIAM CORNELIUS, MEDIATOR