# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANTHONY TRISTANI, § | |
| RADFORD TARRY, and § | |
| MARK MARSHALL, § | |
| *Plaintiffs*, § | |
| § | |
| v. § | CASE NO.: 6:19-CV-00585-JDK |
| § | |
| OPTIONSELLERS.COM, INC. and § | |
| JAMES CORDIER, § | |
| *Defendants*. § | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiffs, ANTHONY TRISTANI, RADFORD TARRY and MARK MARSHALL ("Plaintiffs"), by undersigned counsel, and OptionSellers.com and James Cordier ("Defendants"), pursuant to the Court's Standing Order Regarding Proper Notification of Settlement to The Court dated June 3, 2014, notify the Court the parties have settled this case in principle and request that the Court stay the unreached deadlines contained in the Court's Docket Control Order and other controlling Orders for 30 days so that appropriate dismissal papers may be submitted.

Respectfully submitted,

*/s/ JIM GOFF*
Anthony L. Vitullo
State Bar No. 20595500
Jim Goff
State Bar No. 24095427
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
(972) 934-9100 (phone)
(972) 934-9200 (fax)
lvitullo@feesmith.com
jgoff@feesmith.com
and

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257
Email: melissa@gillamsmithlaw.com
and

John L. Malesovas
State Bar No. 12857300
MALESOVAS LAW FIRM
5301 Southwest Parkway, Suite 460
Dallas, TX 78735
Telephone: 512-708-1777
Facsimile: 512-708-1779
Email: john@malesovas.com
**ATTORNEYS FOR PLAINTIFFS**

*/S/ STANLEY PADGETT (WITH PERMISSION)*
Stanley T. Padgett, Esq.
Padgett Law, P.A.
201 E. Kennedy Blvd., Suite 600
Tampa, Florida 33602
813-230-9098
866-896-7664 (Fax)
Florida Bar No. 348686
spadgett@padgettlawpa.com

and
Henry K. Becker (pro hac vice)
Lead Attorney
225B South Boulevard
Oak Park, Illinois 60302
Tel.: (312) 278-3004
**COUNSEL FOR DEFENDANTS**

### CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULE 7

In accordance with Local Civil Rule 7(h) and (i), I hereby certify that on August 27, 2021, counsel for Plaintiffs and counsel for Defendants conferred to discuss this Notice. Counsel for both parties agree to the content of this Motion and Notice.

                                                */s/ JIM GOFF*
                                                **JIM GOFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was served on this 27th day of August, 2021 on all counsel of record via CM/ECF, and/or email, pursuant to the Rules of Civil Procedure

                                        */s/ JIM GOFF*
                                        **JIM GOFF**